562 U.S. 1198, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 943.

January 24, 2011. Motion of the Acting Solicitor General for divided argument granted.

**No. 09-1343. J. McIntyre Machinery, Ltd., Petitioner v. Robert Nicastro, et ux.**

562 U.S. 1198, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 999.

January 24, 2011. Motion of respondent Robert Nicastro, the authorized representative of the Estate of Roseanne Nicastro, to be substituted as party for Roseanne Nicastro granted.

**No. 10-313. Talk America, Incorporated, Petitioner v. Michigan Bell Telephone Company, dba AT&T Michigan.**

562 U.S. 1198, 131 S. Ct. 1061, 178 L. Ed. 2d 861, 2011 U.S. LEXIS 961.

January 24, 2011. Motion of petitioner to dispense with printing the joint appen-

dix granted. Justice Kagan took no part in the consideration or decision of this motion.